398 A.2d 655

**COMMONWEALTH of Pennsylvania**

v.

**Cardell PETERKIN, Appellant.**

Supreme Court of Pennsylvania.

Submitted Jan. 9, 1979.

Decided March 14, 1979.

Eugene H. Clarke, Jr., Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Div., Lee M. Kaplan, Asst. Dist. Atty., Philadelphia, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, MANDERINO and LARSEN, JJ.

## OPINION

PER CURIAM.

Judgments of sentence affirmed.

O'BRIEN, J., did not participate in the decision of this case.